UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GLORIA BARNES,<br>*as personal representative of the*<br>ESTATE OF A.D. BARNES<br>　　Plaintiff,<br><br>-v-<br><br>SUN CHEMICAL CORPORATION,<br>　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)　　No. 1:14-cv-136<br>)<br>)　　HONORABLE PAUL L. MALONEY<br>)<br>)<br>)<br>) |

## JUDGMENT

Having granted the motion for summary judgment filed by Defendant Sun Chemical Corporation, and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

　　**THIS ACTION IS TERMINATED.**

　　**IT IS SO ORDERED.**


Date:　August 14, 2015　　　　　　　　　　　　/s/ Paul L. Maloney　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge